Troy D. LEHMAN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 60892.

Missouri Court of Appeals, Western District.

March 25, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 24, 2003.

Application for Transfer Denied July 1, 2003.

Andrew A. Schroeder, Kansas City, MO, for Appellant.

John M. Morris, Jefferson City, MO, for Respondent.

Before HOWARD, P.J., LOWENSTEIN and HARDWICK, JJ.

**ORDER**

PER CURIAM.

Troy Lehman appeals the denial of his Rule 29.15 motion alleging ineffective assistance of his trial counsel. For reasons stated in the Memorandum provided to the parties, we affirm. Rule 84.16(b).